FIRST DEPARTMENT, AUGUST, 1962

(August 28, 1962)

■ In the Matter of ALBERT EINSTEIN, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and NATHAN DECHTER et al., Respondents.— Order entered on August 24, 1962 unanimously affirmed, without costs. No opinion. Motion to dispense with printing granted. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.